### 8340. JOHNSON *v.* DUKES *et al.*

LUKE, J. Upon the petition for certiorari and the answer thereto the court did not err in overruling the certiorari.
> *Judgment affirmed. Wade, C. J., and George, J., concur.*
> DECIDED JULY 25, 1917.

Certiorari; from Liberty superior court—Judge Sheppard. November 18, 1916.

*J. P. Moore, S. T. Brewton, W. G. Warnell,* for plaintiff in error. *J. P. Dukes,* contra.

----

### 8357. STRICKLAND *v.* JELKS, for use, etc.

LUKE, J. This case has been before this court heretofore, and is reported in 18 *Ga. App.* 86 (88 S. E. 906). It was then held that the petition set out a good cause of action. The jury were authorized to find, from the evidence, that the plaintiff had proved the case as laid; and, there being no error of law, and the verdict having the approval of the trial judge, the judgment overruling the motion for a new trial is not erroneous. *Judgment affirmed. Wade, C. J., and George, J., concur.*
> DECIDED JULY 25, 1917.

Action on contract; from city court of Valdosta—Judge Cranford. January 1, 1917.

*Denmark & Griffin,* for plaintiff in error. *E. K. Wilcox,* contra.